Eugene SMITH, Appellant,

v.

POSTAL SERVICE, (U.S.) Inspector General; Norman Gilcrest, Postmaster, United States Postal Service, Appellees.

No. 07–1818.

United States Court of Appeals, Eighth Circuit.

Submitted: May 15, 2008.

Filed: May 21, 2008.

Eugene Smith, Forrest City, AR, pro se.

Richard M. Pence, U.S. Attorney's Office, Little Rock, AR, for Appellees.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

Eugene Smith appeals the district court's[1] dismissal of his case for lack of subject matter jurisdiction. Upon de novo review, *see Hastings v. Wilson,* 516 F.3d 1055, 1058 (8th Cir.2008), we conclude dismissal was proper. We affirm the judgment of the district court. *See* 8th Cir. R. 47B.

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.